THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - X

JAMES L. BROWN                                        :
5117 Fitch Street, S.E., #303
Washington, DC 20019                                  :

NATHANIEL L. BROWN                                    :
603 53rd Street, S.E., #302
Washington, DC 20019                                  :

CHAD CLARKE                                           :
3312 Huntley Square Drive
Temple Hills, MD 20748                                :

HENRY W. CRAWFORD, III                                :
5036 12th Street, N.E.
Washington, DC 20017                                  :

ORLANDO J. DALTON, Sr.                                :
1910 County Road, #103
District Heights, MD 20747                            :

CHARLAYNE M. GORDON                                   :
11701 Ft. Washington Road
Ft. Washington, MD 20744                              :

ANDREW HAMILTON                                       :
1322 Talbert Terrace, S.E.
Washington, DC 20020                                  :

HARRISON ELLIS JOHNSON, JR.                           :
621 Gresham Place, N.W.
Washington, DC 20001                                  :

CLARENCE KENNEDY                                      :
300 Southridge Road
Jamestown, NC 27282                                   :

GERALDINE MAKINS                                      :
5101 Jay Street, N.E.
Washington, DC 20019                                  :

GARY WALKER, Sr.                                      :
8605 Preston Street
New Carrollton, MD 20784                              :

LESTER J. WARD                                        :
1239 Vermont Avenue, NW, #405
Washington, DC 20005                                  :

VINCENT WESTMORELAND                                  :
2001 12th Street, N.W., #207
Washington, DC 20009                                  :

            et al.                          :       CA_____

         Plaintiffs,                              :

ENNEDY & DOLAN
SUITE 910
LEE PLAZA
601 GEORGIA AVENUE
VER SPRING, MD 20910

(301) 608-3000

                v.                          :

HOWARD UNIVERSITY HOSPITAL                  :
Serve: H. Patrick Swygert,
       University President                 :
2400 6th Street, N.W.
Washington, DC 20059                        :

                Defendant.                  :
- - - - - - - - - - - - - - - - - -X

## COMPLAINT

**COME NOW PLAINTIFFS**, current and former employees of Howard University Hospital, by and through undersigned counsel, and for their complaint state as follows:

### JURISDICTION

1. Jurisdiction is conferred on this Court by the Fair Labor Standards Act (hereinafter "FLSA") of 1938, Title 29, United States Code, and its Section 216(b) and also by the D.C. Code §32-1001 *et seq.*, Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor.

### PARTIES

2. The Defendant, the Howard University Hospital, is a private institution, located in Washington, D.C. which operates a hospital on its main campus as part thereof and is subject to the provisions of the FLSA and Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor as an "employer" defined therein.

3. The plaintiffs are/were "employee[s]" of Howard University as defined by 29 U.S.C.A. §203, 206-207 and D.C. Code §32-1001 *et seq.*, Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor. Said employment occurred at the Defendant's hospital, which located on its main campus in the District of Columbia.

ENNEDY & DOLAN
SUITE 910
LEE PLAZA
501 GEORGIA AVENUE
VER SPRING, MD 20910

(301) 608-3000

4. The Defendant did not, as is required by the FLSA and D.C. Code, properly pay their employees overtime including, but not limited to all Hospital employees' shift differentials and premium rates, i.e., Sunday pay, evening pay, etc. and their "regular rate" of pay as defined therein. The defendant's policy failed to include, inter alia, shift differentials and premium rates in calculating employees' regular rates of pay in violation of the DC Code. The failure to pay overtime under both statutes are on-going.

5. The Government of The District of Columbia, Office of Wage-Hour, conducted an investigation of the defendant's payment of wages practices which disclosed the defendant did not pay their hourly employees between at least March 1, 2001 through March 20, 2003 in accordance with the DC Minimum Wage Revision Act of 1992 (which later became the D.C. Code §32-1001 et seq., Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor). Upon information and belief this practice is still on-going in addition to other practices of failing to properly pay overtime under both the FLSA and DC Code.

6. Howard University Hospital was on direct notice of this requirement as a result of the case entitled Leroy F. Thomas v. Howard University Hospital, 39 F. 3d 370 wherein the defendant failed to include in its payment of overtime to its employees, inter alia, shift differentials and premium rates in calculating employees' regular rates of pay in violation of the law.

7. All the employees at the Howard University Hospital are similarly situated in that they were not properly compensated overtime pay by defendant as stated above.

## LEGAL CLAIMS

I. Failure to Properly pay overtime pursuant to the Federal Fair Labor Standards Act, 29 U.S.C. 216(b) et seq.

ENNEDY & DOLAN
SUITE 910
LEE PLAZA
601 GEORGIA AVENUE
VER SPRING, MD 20910

(301) 608-3000

8. Plaintiffs incorporate paragraphs 1-7 above as stated in full herein.

9. Plaintiffs bring this action on behalf of themselves and others similarly-situated (current and former employees of Howard University hospital covered under the applicable Code section) for the failure by defendant to properly pay their overtime wages as defendant is specifically required to do per **29 U.S.C. 216(b) et seq.** Said action is for and on behalf of the named defendants and other employees similarly situated, i.e., any and all employees of Howard University's Hospital pursuant to the applicable statutes, as permitted under **29 U.S.C. 216(b) et seq.**

10. Plaintiffs and Defendant are employees/employer as defined in **29 U.S.C. 216(b) et seq.** and Plaintiffs earned wages are not excluded from coverage under the Code's provision.

11. Whenever Defendant pays their non-exempt hospital employees, the Defendant has not and/or does not as a practice, in **29 U.S.C. 216(b) et seq.** pay its plaintiffs employees' overtime wages at the required 1 1/2 times their regular rate of pay as defined in 29 U.S.C.A. §207(e)(1)-(7).

12. The Defendant does not, as required by **29 U.S.C. 216(b) et seq.** pay the plaintiff employees' wages on their shift differential and premium rates of pay.

13. Under the provisions of the **29 U.S.C. 216(b) et seq.** there is money due and owing from Howard University Hospital to plaintiffs and those similarly-situated and an additional amount as liquidated damages as defined in the Code and they are also owed the costs of the action, including but not limited to, their costs or fees of any nature and also their attorneys fees which are all to be paid by Defendant per **29 U.S.C. 216(b) et seq.**

ENNEDY & DOLAN
SUITE 910
LEE PLAZA
601 GEORGIA AVENUE
VER SPRING, MD 20910

(301) 608-3000

14. The actions of Howard University in failing to properly pay wages as required under the DC Code, **29 U.S.C. 216(b) et seq.** to plaintiffs and others similarly situated are willful and without legal justification precisely because the Defendant engaged in this conduct before and therefore had direct notice the need to properly comply with the requirements of **29 U.S.C. 216(b) et seq.** and the Defendant willfully chose not to comply.

15. The actions of the Howard University in failing to properly pay monetary compensation to plaintiffs and others similarly situated, has continued and is continuing to this date.

**II. Failure to Properly Pay Overtime Wages Under the DC Code**

16. Plaintiffs incorporate paragraphs 1-15 above as stated in full herein.

17. Plaintiffs bring this action on behalf of themselves and others similarly-situated(current and former employees of Howard University Hospital covered under the applicable Code sections) for the failure by defendant to properly pay their overtime wages as defendant is specifically required to do per DC Code §32-1012 et seq. Said action is for and on behalf of the named defendants and other employees similarly situated, i.e., any and all employees of Howard University's hospital pursuant to the applicable statute, as permitted under §32-1012(b).

12. Plaintiffs and Defendant are employees/employer as defined in D.C. Code §32-1301 et seq and Plaintiffs earned wages and are not excluded from coverage under the Code's provision.

11. Whenever Defendant pays their non-exempt hospital employees, the Defendant has not and/or does not as a practice, in violation of §32-1001, et seq., pay its plaintiffs employees' overtime wages at the required 1 1/2 times the regular rate of pay.

ENNEDY & DOLAN
SUITE 910
LEE PLAZA
601 GEORGIA AVENUE
VER SPRING, MD 20910

(301) 608-3000

12. The Defendant does not, as required by §32-1001, et seq., properly pay overtime including on the plaintiff employees' wages on their shift differential and premium rates of pay.

13. Under the provisions of the DC Code §32-1301 et seq there is money due and owing from Howard University Hospital to plaintiffs and those similarly-situated and an additional amount as liquidated damages as defined in the Code and they are also owed the costs of the action, including but not limited to, their costs or fees of any nature and also their attorneys fees which are all to be paid by Defendant per §32-1012(b).

14. The actions of Howard University in failing to properly pay wages as required under the DC Code, §32-1001, et seq. to plaintiffs and others similarly situated are willful and without legal justification precisely because the Defendant engaged in this conduct before and therefore had direct notice the need to properly comply with the requirements of DC Code, §32-1001 and the Defendant willfully chose not to comply.

15. The actions of the Defendant Howard University Hospital in failing to properly pay monetary compensation to plaintiffs and others similarly situated, has continued and is continuing to this date.

**DAMAGES**

24. Plaintiffs have suffered and will continue to suffer damage directly as a result of Howard University's failure to pay in violation of the DC Code, and the Federal Fair Labor Standards Act, i.e., for the Defendant's failure to properly pay overtime wages under the DC Code as outlined above and in the D.C, Code itself §32-1000, et seq. and the Federal Fair Labor Standards Act, **29 U.S.C. 216(b) et seq.**

ENNEDY & DOLAN
SUITE 910
LEE PLAZA
501 GEORGIA AVENUE
VER SPRING, MD 20910

(301) 608-3000

6

**PLAINTIFFS DEMAND A JURY TRIAL ON ALL CAUSES OF ACTION**

**WHEREFORE**, for the reasons stated in this complaint, plaintiffs and those similarly-situated respectfully request this Court enter a judgment against defendant Howard University Hospital for damages under the DC Code incurred by plaintiffs and those similarly-situated for Defendant's failing to promptly pay them their wages as required under the DC Code and the Federal Fair Labor Standards Act and for liquidated damages as defined therein and for all costs and fees of the action, including attorneys fees as so stated and required therein; and all other proper relief, including pre and post judgment interest at the legal rate, and costs of this action.

Respectfully submitted,

John F. Kennedy, Esq.
Kennedy & Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, MD 20910
(301) 608-3000
Attorney for Plaintiffs
D.C. Bar 413509

ENNEDY & DOLAN
SUITE 910
LEE PLAZA
601 GEORGIA AVENUE
VER SPRING, MD 20910

(301) 608-3000

7

```
                    THE SUPERIOR COURT
                FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - -X
BENJAMIN FLEMING                    :
                                       CA 04-7763
                    et al.          :  Calendar #13
                                       Judge Melvin Wright
                    Plaintiffs,     :

vs.                                 :

HOWARD UNIVERSITY HOSPITAL          :

                    Defendant       :
- - - - - - - - - - - - - - - - - -
```

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, _James L. Brown_, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): _Brown James L._

Address: _5117 Fitch St SE #303_

_Washington D.C. 20019_

(Signature): _James L. Bro___

Phone No: _(202)581-1382_

_5-5-05_
Date

Date Hired at Howard: _11-22-99_
Date Left(if applicable): _____

Position at Howard: _____
Reason for Leaving:(please circle) quit/resigned    terminated

```
                    THE SUPERIOR COURT
                FOR THE DISTRICT OF COLUMBIA
-----------------------------X
BENJAMIN FLEMING                  :
                                  :   CA 04-7763
                    et al.        :   Calendar #13
                                  :   Judge Melvin Wright
                    Plaintiffs,   :
                                  :
vs.                               :
                                  :
HOWARD UNIVERSITY HOSPITAL        :
                                  :
                    Defendant     :
-----------------------------
```

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, _Nathaniel L Brown_, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): _Nathaniel L. Brown_

Address: _603 53rd St. SE, DC, Apt #302  20019_

(Signature): _Nathaniel L Bro_

Phone No: _202-582-3139_

Date: _5/8/05_

Date Hired at Howard: _8/1/99_
Date Left(if applicable): _6/27/04_

Position at Howard: _Campus Police Officer / Hospital Division_
Reason for Leaving:(please circle) quit/resigned (terminated)

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - -X
BENJAMIN FLEMING                    :
                                    :   CA 04-7763
                 et al.             :   Calendar #13
                                    :   Judge Melvin Wright
                 Plaintiffs,        :

vs.                                 :

HOWARD UNIVERSITY HOSPITAL          :

                 Defendant          :
- - - - - - - - - - - - - - - - -

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, _Chad Clarke_____, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): _Chad Clarke_____

Address: _3312 Huntley Sq. VA._____

_Temple Hills Md 20748._____

(Signature): _[signature]_____

Phone No: _301-894-0483_

_6-29-05_
Date

Date Hired at Howard: _Oct 2002._
Date Left(if applicable): _July 2003._

Position at Howard: _Special Police Officer_
Reason for Leaving:(please circle) quit (resigned) terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - -X
BENJAMIN FLEMING                  :
                                  :   CA 04-7763
                    et al.        :   Calendar #13
                                  :   Judge Melvin Wright
                    Plaintiffs,   :

vs.                               :

HOWARD UNIVERSITY HOSPITAL        :

                    Defendant     :
- - - - - - - - - - - - - - - - -

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, _Henry W Crawford III_, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): _Henry W. Crawford III_

Address: _5036 12Th St, NE_
_Washington, D.C. 20017_

(Signature): _Henry W Crawford III_

Phone No: _202 529 2723_

Date: _5-9-05_

Date Hired at Howard: _10/1987_
Date Left(if applicable): _7/2/05 (retired)_

Position at Howard: _Special Police Officer_
Reason for Leaving:(please circle) quit/resigned   **terminated**
                                        retired (forced)

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - -X
BENJAMIN FLEMING                     :
                                     :   CA 04-7763
                et al.               :   Calendar #13
                                     :   Judge Melvin Wright
                Plaintiffs,          :

vs.                                  :

HOWARD UNIVERSITY HOSPITAL           :

                Defendant            :
- - - - - - - - - - - - - - - - - -

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Orlando J. Dalton SR a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Orlando J. Dalton SR

Address: 1910 County Rd #103

Dist Hgts. Md. 20747

(Signature): [signature]

Phone No: 301-420-3386

Date: 5-17-05

Date Hired at Howard: 5-15-83
Date Left(if applicable): _____

Position at Howard: Campus Police Officer
Reason for Leaving:(please circle) quit/resigned    terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
------------------X
BENJAMIN FLEMING                      :
                                      :   CA 04-7763
                  et al.              :   Calendar #13
                                      :   Judge Melvin Wright
                  Plaintiffs,         :

vs.                                   :

HOWARD UNIVERSITY HOSPITAL            :

                  Defendant           :
------------------

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, __CHARLAYNE M GORDON__, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): __CHARLAYNE M. GORDON__

*New Address →*

Address: __11701 FT WAshington RD__
__FT WAshington MD 20744__

(Signature): __Charlayne M Gordon__

Phone No: __301-203-0010 or 301 333-9777__

Date: __18 May 05__

Date Hired at Howard: __Jan 14 2002__
Date Left(if applicable): __March 2004__

Position at Howard: __Campus Police__
Reason for Leaving:(please circle) quit (**resigned**) terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - -

BENJAMIN FLEMING

KENNEDY & DOLAN
ATTORNEYS AT LAW :
LEE PLAZA
4601 Georgia Avenue
SUITE 910
Plaintiffs, MD 20910
(301) 608-3000
FAX (301) 608-3007 :

CA 04-7763
Calendar #13
Judge Melvin Wright

VS.

JOHN F. KENNEDY
KATHLEEN A. DOLAN (MD, DC, MA)
HOWARD UNIVERSITY HOSPITAL   :

E-MAIL
JFKDC@AOL.COM

Defendant   :

- - - - - - - - - - - - - - - - -

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Andrew Hamilton, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Andrew Hamilton

Address: 1322 TALBERT TERR, S.E.

WASHINGTON D.C. 20020

(Signature): Andrew M. Hamilton Jr.

Phone No: (202) 889-2921

August 22, 2005
Date

Date Hired at Howard: _____
Date Left(if applicable): _____

Position at Howard: _____
Reason for Leaving:(please circle) quit/resigned   terminated

```
                    THE SUPERIOR COURT
                FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - -X
    BENJAMIN FLEMING              :
                                       CA 04-7763
                    et al.        :    Calendar #13
                                       Judge Melvin Wright
                    Plaintiffs,   :

    vs.                           :

    HOWARD UNIVERSITY HOSPITAL    :

                    Defendant     :
- - - - - - - - - - - - - - - - - -
```

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, **Harrison Ellis Johnson Jr**, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): **HARRISON ELLIS JOHNSON JR**

Address: **621 Gresham Place NW, Washington, DC 20001**

(Signature): *Harrison Ellis Johnson Jr*

Phone No: **(202) 986-9449**

Date: **05/05/05**

Date Hired at Howard: **March 18, 1974**
Date Left(if applicable): **June 30, 2004**

Position at Howard: **Howard Special Police Officer**
Reason for Leaving:(please circle) quit/resigned   terminated
**Early Retirement from Howard**

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
-----------------X
BENJAMIN FLEMING                        :
                                        :   CA 04-7763
              et al.                    :   Calendar #13
                                        :   Judge Melvin Wright
              Plaintiffs,               :

vs.                                     :

HOWARD UNIVERSITY HOSPITAL              :

              Defendant                 :
-----------------

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, _Clarence Kennedy_, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): _Clarence Kennedy_

Address: _300 Southridge Road_

_Jamestown, NC, 27282_

(Signature): _Clarence Kennedy_

Phone No: _(336) 454-0384_

_5/10/05_
Date

Date Hired at Howard: _June 18, 1974_
Date Left(if applicable): _December 31, 2002_

Position at Howard: _Shift Supervisor_
Reason for Leaving:(please circle) quit /resigned/ terminated
                                    (Retired)

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - -X
BENJAMIN FLEMING                 :
                                   CA 04-7763
            et al.               : Calendar #13
                                   Judge Melvin Wright
            Plaintiffs,          :

vs.                              :

HOWARD UNIVERSITY HOSPITAL       :

            Defendant            :
- - - - - - - - - - - - - - - - -

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, Geraldine Malkins, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Geraldine Malkins

Address: 5101 Jay St N.E

Washington D.C 20019

(Signature): Geldine Mc

Phone No: 202-399-8938

Date: 5/16/05

Date Hired at Howard: 6/87
Date Left(if applicable): 7/02
Position at Howard: Campus Police
Reason for Leaving:(please circle) quit/resigned   terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - -X
BENJAMIN FLEMING                      :
                                          CA 04-7763
            et al.                    :   Calendar #13
                                          Judge Melvin Wright
            Plaintiffs,               :

VS.                                   :

HOWARD UNIVERSITY HOSPITAL            :

            Defendant                 :
- - - - - - - - - - - - - - - - -

**OPT-IN CERTIFICATE/CONSENT TO JOIN**

I, ___Lester J Ward Jr.___, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): ___Lester J Ward Jr.___

Address: ___1239 Vermont Ave #465___

___Wash DC 20005___

(Signature): ___Lester J Ward Jr.___

Phone No: ___2) 289-1662-cell  2) 215-3618___

___5-10-05___
Date

Date Hired at Howard: ___9-13-82___
Date Left(if applicable): _____

Position at Howard: ___Campus Police Officer___
Reason for Leaving:(please circle) quit/resigned    terminated

```
                    THE SUPERIOR COURT
                 FOR THE DISTRICT OF COLUMBIA
     - - - - - - - - - - - - - - - - -X
     BENJAMIN FLEMING               :
                                    :    CA 04-7763
                    et al.          :    Calendar #13
                                    :    Judge Melvin Wright
                    Plaintiffs,     :
                                    :
     vs.                            :
                                    :
     HOWARD UNIVERSITY HOSPITAL     :
                                    :
                    Defendant       :
     - - - - - - - - - - - - - - - - -
```

OPT-IN CERTIFICATE/CONSENT TO JOIN

I, _Gary Walker Sr_____, ~~former~~ or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): _Gary Walker Sr_____

Address: _8605 Preston St_____

_New Carrollton MD 20784_____

(Signature): _Gary Walker Sr_____

Phone No: _301)429-0774_____

_5-16-05_____
Date

Date Hired at Howard: _3-16-1980_____
Date Left(if applicable): _____

Position at Howard: _Campus Police Officer_
Reason for Leaving:(please circle) quit/resigned    terminated

THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -X
BENJAMIN FLEMING                 :
                                 :  CA 04-7763
             et al.              :  Calendar #13
                                 :  Judge Melvin Wright
             Plaintiffs,         :
                                 :
vs.                              :
                                 :
HOWARD UNIVERSITY HOSPITAL       :
                                 :
             Defendant           :
- - - - - - - - - - - - - - - - -

OPT-IN CERTIFICATE/CONSENT TO JOIN

   I, _____, a former or current employee of Howard University Hospital who worked at the Hospital any time between October 8, 2001 and March 23, 2003 hereby certify I am willfully and voluntarily choosing to participate as a plaintiff in the above-named lawsuit between employees against their employer, Howard University, for failure to pay overtime on their shift differentials in violation of D.C. Code and/or the Federal Fair Labor Standards Act(F.L.S.A.) seeking the failed overtime payment and liquidated damages, fees, costs, interest, and other relief deemed appropriate.

   I assign and appoint Benjamin Fleming and/or counsel in this matter to determine my damages and resolve same on my behalf.

   I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this lawsuit.

Print Name(clearly): Vincent N. Westmoreland

Address: 2001 12th Street NW. Apt #207
Washington D.C. 20009

(Signature): Vincent N. Westmoreland

Phone No: 202/249-8214

5-9-05
Date

Date Hired at Howard: June 23, 1993
Date Left(if applicable): _____

Position at Howard: Supervisor
Reason for Leaving:(please circle) quit/resigned   terminated