UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

------------------ X

JAMES L. BROWN, :

    et al. : Case No. 05-2438

    v. :

HOWARD UNIVERSITY, :

    Defendant. :

------------------ X

## MOTION TO CONSOLIDATE WITH PENDING SUPERIOR COURT CASE

COMES NOW PLAINTIFFS, through undersigned counsel, and herein respectfully requests this Court to permit the consolidation of this case with a related/pending Superior Court case. In support of this request, plaintiffs respectfully state as follows:

1. On October 4, 2004, a complaint was filed in Superior Court alleging violations of the Federal Fair Labor Standards Act.

2. Given the quasi-federal nature of the Superior Court, both Superior Court and this Court have original jurisdiction over such federal claims as the Federal Fair Labor Standards Act.

3. However, Superior Court was entirely unfamiliar with the unique provisions of the FLSA for filing "opt-ins" on behalf of plaintiffs choosing into the lawsuit.

4. Thus, despite several attempts, the 12 plaintiffs named in the instant matter were denied access to the Superior Court case.

5. Thus, counsel for plaintiff decided to file a separate, Federal Court action -- with the hope of consolidating the pending Superior Court action, one which has identical facts and circumstances.

6. A copy of the Superior Court complaint is attached

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910

(301) 608-3000

herein to show this Court how identical the cause of action is to the instant matter.

7. It would be in the interest of judicial economy to have one court, familiar with the Federal Fair Labor Standards Act, ruling on the issues in this matter.

8. As an example of how unfamiliar Superior Court is with these "opt-in" matters, undersigned counsel herein attaches a letter received from one of the supervising clerks in the Civil Division, rejecting the potential plaintiffs. Moreover, that letter references the Court's refusal to accept the opt-ins == highlighting how unfamiliar Superior Court is with the Federal Fair Labor Standards Act.

9. These plaintiffs should not be punished for the Superior Court's ignorance of the FLSA.

10. Thus, it is respectfully requested that this Court scoop the Superior Court case over, join it with this one, and permit plaintiffs their opportunity to make their claims in a forum familiar with the FLSA.

**WHEREFORE**, the reasons stated herein, it is respectfully requested that in the interest of judicial economy and justice, that these matters be heard in Federal Court; that plaintiffs' Motion to Consolidate be **GRANTED**; and that the Superior Court Clerk be directed to forward the Superior Court file, Fleming v. Howard University, 04 CA 007763 to the United States District Court for

the District of Columbia for consolidation with the instant matter.

Respectfully submitted,

_/s/ Kathleen A. Dolan_
Kathleen A. Dolan
John F. Kennedy
8601 Georgia Ave., Suite 910
Silver Spring, MD 20910
(301) 608-3000
Counsel for Plaintiffs