THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - -X
BENJAMIN FLEMING                :
and
FREDERICA GREY,                 :
          et al.
                                :


                  Plaintiffs,   CA 04-7763
                                Judge Wright
                                Next Event: Responsive
                                Pleading due
          v.                    :
HOWARD UNIVERSITY
                                :
          Defendant             :
- - - - - - - - - - - - - - - -X
              AMENDED COMPLAINT

COME NOW PLAINTIFFS, current and former employees of Howard University Hospital, by and through undersigned counsel, and for their amended complaint state as follows:

JURISDICTION

1. Jurisdiction is conferred on this Court by D.C. Code §32-1001 et seq., Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor and the Fair Labor Standards Act(hereinafter "FLSA") of 1938, Title 29, United States Code, Section 216(b).

PARTIES

2. The Defendant, the Howard University, is a private educational institution, located in Washington, D.C. which also operates a hospital on its main campus as part thereof and is subject to the provisions of Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor as an "employer" defined therein.

3. The plaintiffs are/were "employee[s]" of Howard University as defined by D.C. Code §32-1001 et seq., Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor. Said employment occurred at the Defendant's hospital, which located on its main campus in the District of Columbia.

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910

(301) 608-3000

4. The defendant did not, as is required by the D.C. Code, properly pay their employees employed in their hospital overtime on hospital employees' shift differentials and premium rates, i.e., Sunday pay, evening pay, etc. and their "regular rate" of pay as defined therein. The defendant's policy failed to include, <u>inter alia</u>, shift differentials and premium rates in calculating employees' regular rates of pay in violation of the DC Code.

5. The Government of The District of Columbia, Office of Wage-Hour, conducted an investigation of the defendant's payment of wages practices which disclosed the defendant did not pay their employees between at least March 1, 2001 through March 20, 2003 in accordance with the DC Minimum Wage Revision Act of 1992 (which later became the D.C. Code §32-1001 <u>et seq</u>., Chapter 10 of the D.C. Code entitled "Minimum Wages" under the Code's section on Labor).

6. Howard University was on direct notice of this requirement as a result of the case entitled <u>Leroy F. Thomas v. Howard University Hospital</u>, 39 F. 3d 370 wherein the defendant failed to include in its payment of overtime to its employees, <u>inter alia</u>, shift differentials and premium rates in calculating employees' regular rates of pay in violation of the law.

7. All the employees at the Howard University hospital are similarly situated in that they were not properly compensated overtime pay by defendant as stated above.

## LEGAL CLAIMS

### I. Failure to Properly Pay Overtime Wages Under the DC Code

8. Plaintiffs incorporate paragraphs 1-7 above as stated in full herein.

9. Plaintiffs bring this action on behalf of themselves and others similarly-situated (current and former employees of Howard

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

University hospital covered under the applicable Code section) for the failure by defendant to properly pay their overtime wages as defendant is specifically required to do per DC Code §32-1012 *et seq*. Said action is for and on behalf of the named defendants and other employees similarly situated, i.e., any and all employees of Howard University's hospital in the last three(3) years pursuant to the applicable statute, as permitted under §32-1012(b).

10. Plaintiffs and Defendant are employees/employer as defined in D.C. Code §32-1301 *et seq* and Plaintiffs earned wages and are not excluded from coverage under the Code's provision.

11. Whenever Defendant pays their non-exempt hospital employees, the Defendant has not and/or does not as a practice, in violation of §32-1001, *et seq.*, pay its plaintiffs employees' overtime wages at the required 1 1/2 times their regular rate of pay.

12. The Defendant does not, as required by §32-1001, *et seq.*, pay the plaintiff employees' wages on their shift differential and premium rates of pay.

13. Under the provisions of the DC Code §32-1301 *et seq* there is money due and owing from Howard University Hospital to plaintiffs and those similarly-situated and an additional amount as liquidated damages as defined in the Code and they are also owed the costs of the action, including but not limited to, their costs or fees of any nature and also their attorneys fees which are all to be paid by Defendant per §32-1012(b).

14. The actions of Howard University in failing to properly pay wages as required under the DC Code, §32-1001, *et seq*. to plaintiffs and others similarly situated are willful and without legal justification precisely because the Defendant engaged in this

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910

(301) 608-3000

3

conduct before and therefore had direct notice the need to properly comply with the requirements of DC Code, §32-1001 and the Defendant willfully chose not to comply.

15. The actions of the Howard University in failing to properly pay monetary compensation to plaintiffs and others similarly situated, has continued and is continuing to this date.

## II. Failure to Properly pay overtime pursuant to the Federal Fair Labor Standards Act, 29 U.S.C. 216(b) et seq.

16. Plaintiffs incorporate paragraphs 1-15 above as stated in full herein.

17. Plaintiffs bring this action on behalf of themselves and others similarly-situated(current and former employees of Howard University hospital covered under the applicable Code section) for the failure by defendant to properly pay their overtime wages as defendant is specifically required to do per **29 U.S.C. 216(b) et seq.** Said action is for and on behalf of the named defendants and other employees similarly situated, i.e., any and all employees of Howard University's hospital in the last three(3) years pursuant to the applicable statute, as permitted under **29 U.S.C. 216(b) et seq.**

18. Plaintiffs and Defendant are employees/employer as defined in **29 U.S.C. 216(b) et seq.** and Plaintiffs earned wages are not excluded from coverage under the Code's provision.

19. Whenever Defendant pays their non-exempt hospital employees, the Defendant has not and/or does not as a practice, in **29 U.S.C. 216(b) et seq.** pay its plaintiffs employees' overtime wages at the required 1 1/2 times their regular rate of pay as defined in 29 U.S.C.A. §207(e)(1)-(7).

20. The Defendant does not, as required by **29 U.S.C. 216(b) et seq.** pay the plaintiff employees' wages on their shift differential and premium rates of pay.

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910
(301) 608-3000

4

21. Under the provisions of the 29 U.S.C. 216(b) et seq. there is money due and owing from Howard University Hospital to plaintiffs and those similarly-situated and an additional amount as liquidated damages as defined in the Code and they are also owed the costs of the action, including but not limited to, their costs or fees of any nature and also their attorneys fees which are all to be paid by Defendant per 29 U.S.C. 216(b) et seq.

22. The actions of Howard University in failing to properly pay wages as required under the DC Code, 29 U.S.C. 216(b) et seq. to plaintiffs and others similarly situated are willful and without legal justification precisely because the Defendant engaged in this conduct before and therefore had direct notice the need to properly comply with the requirements of 29 U.S.C. 216(b) et seq. and the Defendant willfully chose not to comply.

23. The actions of the Howard University in failing to properly pay monetary compensation to plaintiffs and others similarly situated, has continued and is continuing to this date.

### DAMAGES

24. Plaintiffs have suffered and will continue to suffer damage directly as a result of Howard University's failure to pay in violation of the DC Code, and the Federal Fair Labor Standards Act, *i.e.*, for the Defendant's failure to properly pay overtime wages under the DC Code as outlined above and in the D.C. Code itself §32-1000, *et seq.* and the Federal Fair Labor Standards Act, 29 U.S.C. 216(b) et seq.

**PLAINTIFFS DEMAND A JURY TRIAL ON ALL CAUSES OF ACTION**

WHEREFORE, for the reasons stated in this complaint, plaintiffs and those similarly-situated respectfully request this Court enter a judgment against defendant Howard University for

KENNEDY & DOLAN
SUITE 810
LEE PLAZA
8601 GEORGIA AVENUE
SILVER SPRING, MD 20910

(301) 608-3000

their wages as required under the DC Code and the Federal Fair Labor Standards Act and for liquidated damages as defined therein and for all costs and fees of the action, including attorneys fees as so stated and required therein; and all other proper relief including pre- and post-judgment interest at the legal rate, and costs of this action.

Respectfully submitted,

_____
John F. Kennedy, Esq.
Kennedy & Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, MD 20910
(301) 608-3000
Attorney for Plaintiffs
D.C. Bar 413509

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Amended Complaint, along with a Praecipe, was mailed today the 16th day of November 2004, to counsel for defendant Howard University, Alan Block, Bonner Kiernan, 1250 Eye St., NW, 6th Floor, Washington D.C. 20005 by depositing a postage pre-paid copy in a U.S. mailbox and mailing.

_____
Kathleen A. Dolan

6