UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - X

JAMES L. BROWN,                    :

      et al.                    :    Case No. _____

      v.                    :

HOWARD UNIVERSITY,                    :

      Defendant.                    :

- - - - - - - - - - - - - - X

### ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Consolidate with Case No. CA 04-7763 in the Superior Court for the District of Columbia; the reasons stated therein; any opposition thereto; and the entire record in this matter; and the Court being fully informed in the premises; it is by the Court this ____ day of December hereby

ORDERED, that plaintiffs' Motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED, that the Clerk of the Superior Court be and hereby is ordered to forward the case file of Fleming v. Howard University, CA 04-776 to the United States District Court for the District of Columbia for consolidation with the instant matter.

_____
United States District Court Judge

4