UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES L. BROWN, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>HOWARD UNIVERSITY,<br><br>                              Defendant. | Civil Action No.  05-2438 (ESH) |

### ORDER

Upon consideration of plaintiffs' Motion to Consolidate With Pending Superior Court Case, it is hereby

**ORDERED** that the Motion is **DENIED** since this Court does not have the power to require the Superior Court to forward a case to federal court.


                                                      _____s/_____
                                                      ELLEN SEGAL HUVELLE
                                                      United States District Judge

Dated:   December 22, 2005