THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - X
JAMES L. BROWN
NATHANIEL L. BROWN              :
CHAD CLARKE
HENRY W. CRAWFORD, III          :
ORLANDO J. DALTON, Sr.
CHARLAYNE M. GORDON             :
ANDREW HAMILTON
HARRISON ELLIS JOHNSON, JR.     :
CLARENCE KENNEDY
GERALDINE MAKINS                :   1:05-CV-02438
GARY WALKER, Sr.                    (ESH)
LESTER J. WARD
VINCENT WESTMORELAND            :

            Plaintiffs,         :
        v.

HOWARD UNIVERSITY HOSPITAL      :

            Defendant.          :
- - - - - - - - - - - - - - - -X
```

**PRAECIPE OF DISMISSAL PURSUANT TO RULE 41(a)**

As a result of Judge Wright of Superior Court's ruling dated December 23, 2005 that the Superior Court Clerk's Office will accept the above-referenced plaintiffs' opt-ins, and in the interest of judicial economy consistent with that ruling, would the clerk of the court please dismiss this matter pursuant to Rule 41(a).

Respectfully submitted,

_____
John F. Kennedy, Esq.
Kennedy & Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, MD 20910
(301) 608-3000
Attorney for Plaintiffs
D.C. Bar 413509

Copy to:

Defendant Howard University
Alan Block,
        as a courtesy